**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

Case No. 26-07193

SUSAN MARION LEWIS,

Plaintiff-Appellant,

v.

STOPANTISEMITISM, et al

Defendant-Appellee

**APPELLANT'S UNOPPOSED MOTION**
**TO HOLD APPEAL IN ABEYANCE**
**PENDING DISTRICT COURT PROCEEDINGS**

## APPELLANT'S MOTION TO HOLD APPEAL IN ABEYANCE

Pursuant to Federal Rule of Appellate Procedure 4(a)(4) and this Court's inherent case management authority, Plaintiff-Appellant Susan Lewis, proceeding *pro se*, respectfully moves this Court to hold the current appeal in abeyance pending further proceedings in the United States District Court for the District of Oregon. Case No.: 3:25-cv-02082-AN.

In support of this motion, Appellant states as follows:

1. On October 23, 2026 Appellant timely filed a Notice of Appeal regarding the District Court's order dismissing the action, and paid the $605 appellate filing fee.
2. Subsequent to the filing of the Notice of Appeal, the District Court entered an order granting Appellant a 30-day extension of time to file an Amended Complaint.
3. Because the District Court has granted leave to amend, it has temporarily reclaimed jurisdiction to evaluate the pleadings. Allowing this appeal to proceed simultaneously would result in an inefficient duplication of judicial resources and potential administrative conflict between the two courts.
4. Holding this appeal in abeyance will preserve the status quo, protect Appellant's paid filing fee, and allow the lower court proceedings to conclude before this Court spends time reviewing the record.
5. Appellant intends to file the Amended Complaint in the District Court within the designated 30-day window.

## CERTIFICATE OF CONFERRAL

Pursuant to Ninth Circuit rules, Appellant conferred with counsel for Defendant StopAntisemitism via email on October 31, 2026. Counsel has stated that the Defendant **does not oppose** this motion.

Case No. 26-07193

WHEREFORE, Appellant respectfully requests that this Court enter an order holding this appeal in abeyance and staying all appellate deadlines until the District Court issues a final ruling on the forthcoming Amended Complaint.

Dated: November 2, 2026

Respectfully submitted,

Susan Lewis, *Pro Se* Plaintiff-Appellant
15902 NE Fremont St, Portland Oregon
503-268-2404
suelewis95@gmail.com